ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CHARLES HENRICHSEN and PHOENIX HENRICHSEN,<br><br>Defendants. | CASE NO. 2:26-CR-00138-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 30, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1. By previous order, this matter was set for status on November 30, 2026.

2. By this stipulation, defendants now move to continue the status conference until January 11, 2027, and to exclude time between November 30, 2026, and January 11, 2027, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has produced discovery in this case which includes investigative reports, photographs, audio and video files, and a significant amount of physical evidence, with more discovery forthcoming.

b) Counsel for defendants desire additional time to consult with their clients, conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested

continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 30, 2026 to January 11, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 29, 2026

ERIC GRANT
United States Attorney

/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
Assistant United States Attorney

Dated: October 29, 2026

/s/ Mia Crager
Mia Crager
Noa Oren
Counsel for Defendant
JOSEPH CHARLES HENRICHSEN

Dated: October 29, 2026

/s/ Kresta Daly
Kresta Daly
Counsel for Defendant
PHOENIX HENRICHSEN

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for November 30, 2026 is continued to January 11, 2027, at 9:30 a.m. and time is excluded between November 30, 2026, and January 11, 2027, under Local Code T4.

IT IS SO ORDERED.

Dated: **October 30, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE